

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00256-CV

**ST. JOSEPH REGIONAL HEALTH CENTER,**

                                      **Appellant**

 **v.**

**SHIRLEY KELLAR AND THOMAS KELLAR,**

                                      **Appellees**

---

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 08-001944-CV-85

---

## MEMORANDUM  OPINION

---

Appellant has filed a Motion to Dismiss Appeal.  *See* TEX. R. APP. P. 42.1(a)(1). The motion requests dismissal of this appeal because the Appellees/Plaintiffs have voluntarily nonsuited with prejudice Appellant in the case below.

Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled.  The appeal is dismissed.


                                    REX D. DAVIS
                                    Justice

Before Chief Justice Gray,
      Justice Reyna, and
      Justice Davis
Dismissed
Opinion delivered and filed December 2, 2009
[CV06]